1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KRISHNA REDDY, | ) | Case No.: C 11-05632 PSG |
| | ) | |
| | ) | **ORDER SETTING DEADLINE FOR PARTIES** |
| Plaintiff, | ) | **TO FILE EITHER A "CONSENT TO** |
| v. | ) | **PROCEED BEFORE A UNITED STATES** |
| | ) | **MAGISTRATE JUDGE," OR ELSE A** |
| NUANCE COMMUNICATIONS, INC., | ) | **"DECLINATION TO PROCEED BEFORE A** |
| ET AL., | ) | **UNITED STATES MAGISTRATE JUDGE AND** |
| | ) | **REQUEST FOR REASSIGNMENT"** |
| Defendants. | ) | |
| _____ | ) | |

Defendant Nuance Communications, Inc. moves to dismiss certain claims in the complaint. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than February 1, 2012, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1    www.cand.uscourts.gov.

2    Dated:   1/25/2012

3                                                    _____
                                                     PAUL S. GREWAL
                                                     United States Magistrate Judge

Case No.: 11-6604 PSG
ORDER                                          2