1  Krishna Reddy
   7968 SVL Box
2  Victorville, CA 92395
   Phone No.: (760) 962-9959
3  Fax No.: None
   ACalifornianNuance@gmail.com
4
5  Plaintiff, pro se

FILED

2012 FEB 22  A 9:14

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA.-SAN JOSE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

[San Jose Division]

| | |
|---|---|
| KRISHNA REDDY,<br><br>    Plaintiff,<br><br>        vs.<br><br>NUANCE COMMUNICATIONS, INC.;<br>FOCUS INFOMATICS, INC.;<br>PAUL RICCI;<br>JEANNE NAUMAN;<br>CATHERINE DORCHUCK;<br>RICHARD NARDONE;<br>JOHN HAGEN;<br>MATTHEW LIPTAK;<br>DIANE COFFEY; and<br>DOES 1 through 100, inclusive,<br>with the individual named defendants<br>being sued both individually and also<br>as the agents of the defendants<br>FOCUS INFOMATICS, INC. and<br>NUANCE COMMUNICATIONS, INC.,<br><br>    Defendants. | Civil Case No.: 5:11-cv-05632 PSG<br><br>Assigned to the Honorable<br>Judge Paul S. Grewal for all purposes<br><br>NOTICE OF MOTION and<br>MOTION FOR AN ORDER FOR<br>DEFAULT JUDGMENT BY THE<br>COURT AS TO THE<br>DEFENDANTS:<br>FOCUS INFOMATICS, INC.;<br>PAUL RICCI;<br>JEANNE NAUMAN;<br>CATHERINE DORCHUCK;<br>RICHARD NARDONE;<br>JOHN HAGEN;<br>MATTHEW LIPTAK; and<br>DIANE COFFEY<br><br>[FRCP, Rule 55(b)(2)]<br><br>MEMORANDUM OF POINTS AND<br>AUTHORITIES;<br>DECLARATION OF PLAINTIFF;<br><br>Date:   March 27, 2012<br>Time:   10:00 a.m.<br>CtRm:   5, 4th floor<br>Court:  The Honorable Judge Grewal |