1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY,   )<br>   )<br>       Plaintiff,   )<br>   v.   )<br>   )<br>NUANCE COMMUNICATIONS, INC.,   )<br>ET AL.,   )<br>   )<br>       Defendants.   )<br>_____ ) | Case No.: C 11-5632 PSG<br><br>**CASE MANAGEMENT ORDER** |

On February 28, 2012, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that no later than March 6, 2012, Defendant Nuance Communications, Inc. ("Nuance") shall serve its initial disclosures.

IT IS FURTHER ORDERED that Nuance may videotape the deposition of Plaintiff Krishna

Case No. 11-5632 PSG
CMC ORDER

1  Reddy ("Reddy").

2      IT IS FURTHER ORDERED that no later than September 15, 2012, the parties shall
3  participate in a Magistrate Judge Settlement Conference. The parties shall promptly contact the
4  court's ADR department to make the appropriate arrangements.

5      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

6      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 15, 2012
7      Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . September 1, 2012
8      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . September 14, 2012
9      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 1, 2012
10     Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3
11     Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . 10:00 a.m. on October 9, 2012
12     Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on November 6, 2012
13     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on December 3, 2012

14     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil
15 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy
16 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint
17 Pretrial Statement, and all other pretrial submissions.

18 Dated: 2/28/2012

19                                         _____
                                        PAUL S. GREWAL
20                                         United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No. 11-5632 PSG
CMC ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 11-5632 PSG
CMC ORDER