Krishna Reddy
7968 SVL Box
Victorville, CA 92395
Phone:  (760) 962-9959
Fax:  None
E-mail:  ACalifornianNuance@gmail.com

Plaintiff, pro se

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### [San Jose Division]

| | |
|---|---|
| KRISHNA REDDY, | Civil Case No.: 11-cv-05632-PSG |
| Plaintiff, | Assigned to Judge Paul S. Grewal |
| vs. | NOTICE OF MOTION and MOTION TO SET ASIDE AND VACATE THE ORDER GRANTING PARTIAL MOTION TO DISMISS AND THE ORDER DENYING PLAINTIFF'S CROSS-MOTION FOR JUDGMENT and TO ENTER A JUDGMENT FOR THE PLAINTIFF AS TO THE DEFENDANT NUANCE COMMUNICATIONS, INC. |
| NUANCE COMMUNICATIONS, INC., et.al. | |
| Defendants. | |
| | [FRCP Rule 59(e) and Rule 60(b)] |
| | MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PLAINTIFF; and EVIDENCE |
| | Date:  May 8, 2012
Time:  10:00 a.m.
CtRm:  5, 4th floor
Court:  The Honorable Judge Grewal |

-0-

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Please take notice that on May 8, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-titled Court located at 280 South First Street, Courtroom 5 on the Fourth Floor, San Jose, California 95113, the Honorable Judge Paul Singh Grewal presiding, I, Krishna Reddy, the plaintiff in the above-titled action, pursuant to Federal Rules of Civil Procedure Rule 59(e) and Rule 60(b), will move the Court for an order to set aside and vacate the order granting defendant Nuance Communications, Inc.'s partial motion to dismiss [Docket Entry No. 62] and the order denying my cross-motion for judgment [Docket Entry No. 76], and to enter a judgment in my favor as to the defendant Nuance Communications, Inc., on the grounds that the Court committed a clear error of fact and law, and the initial decision was unjust as I was entitled to a judgment in my favor as to the defendant Nuance Communications, Inc. on all causes of action in this case.

This MOTION is being based on the memorandum of points and authorities, on my supporting declaration with Exhibits that are being submitted under EVIDENCE that are concurrently being submitted to the Court under separate covers, and all other documents on file and such other evidence as may be presented to the Court at or before the hearing.

Date:  March 30, 2012

/s/  Krishna Reddy

_____
Krishna Reddy
Plaintiff, pro se