United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KRISHNA REDDY,

Plaintiff,

v.

NUANCE COMMUNICATIONS, INC., ET AL.,

Defendants.

Case No.: C 11-05632 PSG

**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION**

**(Re: Docket No. 137)**

Plaintiff Krishna Reddy ("Reddy") proceeding *pro se* applies ex parte for the United States to pay court reporter fees to obtain hearing transcripts for her appeal. Based on her present financial situation set forth in her application to proceed in forma pauperis,[1] Reddy contends that she entitled to the relief that she seeks and that her appeal is not frivolous but presents a substantial question. Having reviewed the application and considered the arguments,

IT IS HEREBY ORDERED that Reddy's ex parte application is DENIED as moot.

Reddy's application is denied for two reasons. After reviewing Reddy's application identifying her financial assets, debts, and monthly expenses, the court denied her motion to

---

[1] *See* Docket No. 120.

proceed in forma pauperis.[2] In addition, the court previously noted that while Reddy's appeal may be pending in the Ninth Circuit, she never obtained certification for an interlocutory appeal.[3]

**IT IS SO ORDERED.**

Dated: 10/12/2012

PAUL S. GREWAL
United States Magistrate Judge

**United States District Court**
For the Northern District of California

[2] *See* Docket No. 134.

[3] *See* Docket No. 135.