UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY, | Case No.: C 11-05632 PSG |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION** |
| v. | |
| NUANCE COMMUNICATIONS, INC., ET AL., | **(Re: Docket No. 137)** |
| Defendants. | |

Plaintiff Krishna Reddy ("Reddy") proceeding *pro se* applies ex parte for the United States to pay court reporter fees to obtain hearing transcripts for her appeal. Based on her present financial situation set forth in her application to proceed in forma pauperis,[1] Reddy contends that she entitled to the relief that she seeks and that her appeal is not frivolous but presents a substantial question. Having reviewed the application and considered the arguments,

IT IS HEREBY ORDERED that Reddy's ex parte application is DENIED as moot.

Reddy's application is denied for two reasons. After reviewing Reddy's application identifying her financial assets, debts, and monthly expenses, the court denied her motion to

---

[1] *See* Docket No. 120.

1

Case No.: C 11-05632 PSG
ORDER

1  proceed in forma pauperis.[2] In addition, the court previously noted that while Reddy's appeal may
2  be pending in the Ninth Circuit, she never obtained certification for an interlocutory appeal.[3]
3  **IT IS SO ORDERED.**
4  Dated:   10/12/2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Docket No. 134.

[3] *See* Docket No. 135.

Case No.: C 11-05632 PSG
ORDER

2