UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY, <br><br> Plaintiff, <br> v. <br><br> NUANCE COMMUNICATIONS, INC, et al., <br><br> Defendants. | Case No.: C 11-05632 PSG <br><br> **ORDER EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE** <br><br> **(Re: Docket No. 26)** |

No later than November 30, 2012, the parties shall participate in a settlement conference before U.S. Magistrate Judge Kandis Westmore. The parties shall contact her Courtroom Deputy, Susan Imbriani, at (510) 637-3525 to schedule it.

**IT IS SO ORDERED.**

Dated: November 2, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-05632 PSG
ORDER