UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY,<br><br>       Plaintiff,<br>v.<br><br>NUANCE COMMUNICATIONS, INC., et.al.,<br><br>       Defendants. | Case No.: C 11-05632 PSG<br><br>**ORDER RE NUANCE COMMUNICATION, INC.'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2**<br><br>**(Re: Docket No. 185)** |

On January 7, 2013, Defendant Nuance Communications, Inc. ("Nuance") filed an opposition to Plaintiff Krishna Reddy's ("Reddy") Motion in Limine No. 2 ("Opposition"). Upon review of this document, the court notes there are several unredacted references to Reddy's personal information, including her social security number and date of birth.[1] Federal Rule of Civil Procedure 5.2 clearly states that this information must be redacted from any public filings with the court. Accordingly,

The court hereby STRIKES Nuance's Opposition. Any opposition to Reddy's Motion in Limine No. 2 shall be filed by midnight on January 11, 2013. If no opposition is filed, the court will grant Reddy's Motion in Limine No. 2.

---

[1] *See, e.g.*, Docket No. 185 at 70-74.

1

Case No.: 11-05632 PSG
ORDER

IT IS SO ORDERED.

Dated: January 11, 2013

                                        _____
                                        PAUL S. GREWAL
                                        United States Magistrate Judge