United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KRISHNA REDDY,
                Plaintiff,
    v.
NUANCE COMMUNICATIONS, INC., et al.
                Defendants.

Case No. 5:11-cv-05632-PSG

**ORDER TO SHOW CAUSE**

**(Re: Docket No. 236)**

      Several months have passed since the Ninth Circuit affirmed this court's rulings on various motions filed on the eve of trial.[1] In the absence of any indication on the docket that Plaintiff wishes to proceed with a trial in this matter, Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Should Plaintiff wish to proceed, the court will schedule a final pretrial conference and trial without further delay. Should Plaintiff wish not to proceed, or fail to respond in a timely manner, this case will be dismissed with prejudice. Plaintiff shall respond to this order within 14 days.

---

[1] See Docket No. 236.

Case No. 5:11-cv-05632-PSG
ORDER TO SHOW CAUSE

1

**SO ORDERED.**

Dated: December 3, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge