UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY, ) | Case No. 5:11-cv-05632-PSG |
| ) | |
| Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| ) | |
| v. ) | **(Re: Docket Nos. 245, 246)** |
| ) | |
| NUANCE COMMUNICATIONS, INC. et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the parties' case management statements and case scheduling conference,[1]

IT IS HEREBY ORDERED that the following deadlines shall apply to this case:

Pre-trial conference ...........................................................................July 28, 2015 at 1:30 p.m.

Jury trial .................................................................................September 8, 2015 at 9:30 a.m.

**SO ORDERED.**

Dated: June 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 245, 246, 247.

1

Case No. 5:11-cv-05632-PSG
CASE MANAGEMENT ORDER