UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISHNA REDDY, | Case No. 5:11-cv-05632-PSG |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **(Re: Docket No. 264)** |
| NUANCE COMMUNICATIONS, INC. et al., | |
| Defendants. | |

Before the court is a request by Plaintiff Krishna Reddy to take off calendar the trial in this case that is set to begin Tuesday, September 8, 2015.[1] Ms. Reddy's request also seeks the undersigned's recusal and reassignment of this case to another judge.[2] As the requests are without merit, the requests are DENIED.

Ms. Reddy is warned—again[3]—that she will either try this case starting Tuesday morning, secure relief from an appellate court, or face an award of jury costs, a dismissal with prejudice and perhaps other sanctions for failure to prosecute.

---

[1] *See* Docket No. 264 at 2:1-3, 7:19-20.

[2] *See id.* at 3:7-10, 7:19-21.

[3] *See* Docket No. 263 at 4:17-23.

1

Case No. 5:11-cv-05632-PSG
ORDER TO SHOW CAUSE

**SO ORDERED.**

Dated: September 2, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge