UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY,<br><br>    Plaintiff,<br><br>    v.<br><br>NUANCE COMMUNICATIONS, INC. et al.,<br><br>    Defendants. | Case No. 5:11-cv-05632-PSG<br><br>**ORDER DENYING NOTICE OF INTENT AND OBJECTION TO PRESIDING JUDGE**<br><br>**(Re:  Docket No. 282, 283)** |

Plaintiff Krishna Reddy filed a notice of intent[1] to call the undersigned (and, separately, Satsang Singh Khalsa, counsel for Defendant Nuance Communications, Inc.) as a witness at the hearing on Nuance's motion for attorney's fees.[2]  Reddy objects to the undersigned presiding at the motion for fees on this basis.[3]

Reddy's notice of intent to call the undersigned and Nuance's counsel as witnesses is DENIED.  Neither the undersigned nor Khalsa will testify.  Her objections to the undersigned presiding over the motion for attorney's fees therefore lack any basis, and are OVERRULED.

**SO ORDERED.**

Dated: November 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 282.

[2] *See* Docket No. 275.

[3] *See* Docket No. 283.