UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA REDDY,<br><br>  Plaintiff,<br><br>  v.<br><br>NUANCE COMMUNICATIONS, INC., et al.,<br><br>  Defendants. | Case No. 5:11-cv-05632-PSG<br><br>**ORDER DENYING MOTION TO ALTER JUDGMENT**<br><br>**(Re: Docket No. 270)** |

Plaintiff Krishna Reddy moves to reopen judgment under Rules 59(e) and 60(b).[1] Reddy argues that the undersigned lacked jurisdiction over the case after she filed her 28 U.S.C. § 144 affidavit for his disqualification,[2] and so all of the court's prior rulings, orders, and judgments should be vacated, the case should be reassigned, judgment should be entered against all Defendants, and Defendants should be ordered to post a bond for the amount of judgment and Reddy's costs.[3]

Reddy's motion raises no new arguments but merely repeats the same arguments raised in her previous requests for the recusal of the undersigned and the postponement of her trial.[4] Reddy's arguments did not pass "Go" on their first airing,[5] and they fare no better on repetition.

---

[1] *See* Docket No. 270.

[2] *See* Docket No. 261.

[3] *See* Docket No. 270 at 4-10.

[4] *Compare* Docket No. 270 *with* Docket Nos. 152, 193, 261, 264.

[5] *See* Docket Nos. 165, 222, 263, 268.

1
Case No. 5:11-cv-05632-PSG
ORDER DENYING MOTION TO ALTER JUDGMENT

For the reasons stated in the court's prior orders,[6] Reddy's motion is DENIED.

**SO ORDERED.**

Dated: November 9, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[6] *See* Docket No. 263 at 3-4; Docket No. 268.