1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    KRISHNA REDDY,                          Case No. 5:11-cv-05632-PSG

8                    Plaintiff,              OMNIBUS ORDER DENYING
                                             MOTIONS FOR FEES, SANCTIONS,
9           v.                               AND LEAVE TO APPEAL IN FORMA
                                             PAUPERIS
10   NUANCE COMMUNICATIONS, INC.,
                                             (Re:  Docket No. 275, 280, 302)
11                   Defendant.

12

13          Plaintiff Krishna Reddy and Defendants Nuance Communications, Inc. et al. present

14   assorted motions,[1] all of which are DENIED.

15                                           I.

16          On September 4, 2015, the court entered judgment.[2]  At that time, the court invited

17   Defendants to submit a motion for fees and costs incurred since the final pretrial conference.[3]

18   Under Civ. L.R. 54-1(a) and 54-5(a), the deadline to file a bill of costs or a motion for fees is 14

19   days from the entry of judgment, or in this case, by September 18, 2015.[4]  Defendants untimely

20   moved for fees and costs on October 15, 2015,[5] well after the deadline.  Their motion for fees is

21   DENIED.

---

[1] See Docket Nos. 275, 280, 302.

[2] See Docket Nos. 269.

[3] See Docket No. 268 at 6.

[4] See Civ. L.R. 54-1(a), 54-5(a).

[5] See Docket No. 275.

1

United States District Court
Northern District of California

## II.

After Defendants moved for fees, Reddy moved for sanctions, entry of default judgment and disbarment of Defendants' attorneys.[6]  The basis for her request is that Defendants' motion fell outside the 14 days allotted by Civ. L.R. 54-5(a).[7]  Reddy argues that the requested sanctions are proper under Civ. L.R. 1-4, which provides that "[f]ailure by counsel or a party to comply with any duly promulgated local rule or any Federal Rule may be a ground for imposition of any authorized sanction."[8]  Defendants' motion was untimely and has been denied for that reason; the extreme penalties that Reddy requests are unwarranted.  Her motion is DENIED.

## III.

Finally, Reddy again requests leave to appeal in forma pauperis.[9]  The court denied her last request[10] on the ground that her appeal was frivolous.[11]  The Ninth Circuit then denied her motion to proceed in forma pauperis on appeal because it found that Reddy had not demonstrated indigence and because her appeal was frivolous.[12]  Reddy now has filed an in forma pauperis application with information on her finances,[13] but she has provided no basis for reconsidering the court's prior assessment of her appeal as frivolous.  This motion is DENIED.

---

[6] *See* Docket No. 280.

[7] *See id.* at 6.

[8] *See id.* at 3, 6.

[9] *See* Docket No. 302.

[10] *See* Docket No. 271.

[11] *See* Docket No. 276 at 4.

[12] *See* Docket No. 301 at 1.

[13] *See* Docket No. 302.

2

Case No. 5:11-cv-05632-PSG
OMNIBUS ORDER DENYING MOTIONS FOR FEES, SANCTIONS, AND LEAVE TO
APPEAL IN FORMA PAUPERIS

United States District Court
Northern District of California

1    **SO ORDERED.**

2    Dated: December 21, 2015

3                                                    PAUL S. GREWAL
                                                     United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                              3

28    Case No. 5:11-cv-05632-PSG
      OMNIBUS ORDER DENYING MOTIONS FOR FEES, SANCTIONS, AND LEAVE TO
      APPEAL IN FORMA PAUPERIS

United States District Court
Northern District of California